Christopher H. Bayley (admitted *pro hac vice*)
Benjamin W. Reeves (admitted *pro hac vice*)
Marshall J. Hogan (SBN 286147)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799
Email: cbayley@swlaw.com
breeves@swlaw.com
mhogan@swlaw.com

Attorneys for IMH Financial Corporation
and Tulare 207, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| Tulare 207, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>City of Tulare, California, a political subdivision of the State of California, and UVAG Realty Limited Partnership, a Washington limited partnership,<br><br>Defendants. | Case No. 1:19-cv-00443-LJO-BAM<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE LAWRENCE J. O'NEIL, THE HONORABLE BARBARA A. MCAULIFFE, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Tulare 207, LLC ("Tulare 207") and Defendants City of Tulare and UVAG Realty Limited Partnership have reached a settlement in the above-captioned case. Pursuant to the terms of the settlement, Tulare 207 anticipates filing a Stipulation for Dismissal with prejudice upon receipt of settlement funds currently being held in an interpleader action pending in state court.

4845-1801-0521.2

| | |
|---|---|
| 1  Dated: June 10, 2019 | SNELL & WILMER L.L.P. |
| 2 | |
| 3 | By: */s/ Marshall J. Hogan* |
| 4 | Marshall J. Hogan |
| 5 | Attorneys for IMH Financial Corporation and Tulare 207, LLC |

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On June 10, 2019, I served, in the manner indicated below, the foregoing document described as: **NOTICE OF SETTLEMENT** on the interested parties in this action:

| | |
|---|---|
| Mario U. Zamora<br>GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.<br>111 East Seventh Street<br>Hanford, California 93230 | Attorneys for the City of Tulare<br><br>T: 559-548-6656 |
| Douglas C. Straus<br>BUCHALTER, A PROFESIONAL CORPORATION.<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493 | Attorneys for UVAG Limited Realty Partnership<br><br>T: 415-227-3553 |

☒ BY REGULAR MAIL:  I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (F.R.C.P. § 5 (b)(2)(C)).

☒ BY E-FILING (USDC Eastern): I caused such document to be sent electronically to the court; electronic filing constitutes service upon the parties who have consented to electronic service.

☒ FEDERAL:  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on June 10, 2019, at Costa Mesa, California.

*/s/ Kelley E. Nestuk*
_____
Kelley E. Nestuk